# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| COURTNEY THOMAS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SALEM STATE UNIVERSITY ) <br> FOUNDATION, INC., et al., ) <br> ) <br> Defendants. ) | Civil Action No. 11-10748-DJC |

## ORDER

**CASPER, J.**                                                                  May 16, 2012

    1.    The motion (#7) to amend is GRANTED, subject to the limitation set forth in the paragraph below. The Clerk shall docket the proposed amended complaint as the amended complaint.

    2.    The amended complaint contains a claim under M.G.L. ch. 93A ("chapter 93A"). In a previous Memorandum and Order concerning the original complaint, the Court dismissed this claim. See D. 6 at 15-16 (explaining that plaintiff had not alleged facts from which the Court could reasonably infer the defendants were engaged in "trade or commerce" within the meaning of chapter 93A). In his motion to amend the complaint, the plaintiff asks that the Court reconsider its dismissal of the claim under chapter 93A. Nothing in the amended complaint, however, provides a basis for permitting a claim under chapter 93A to go forward. Accordingly, for the reasons stated by the Court in its previous Memorandum and Order, the claim in the amended complaint under chapter 93A is DISMISSED.

1

3. The Clerk shall reissue a summons as to Salem State University Foundation, Inc. and the United States Marshal shall serve a copy of the summons, amended complaint, and this order upon Salem State University Foundation, Inc. as directed by plaintiff with all costs of service to be advanced by the United States. The plaintiff shall have 120 days from the date of this order to complete service.

4. The Clerk shall terminate all defendants other than Salem State University Foundation, Inc. as parties to this action.

**So ordered.**

  /s/ Denise J. Casper
United States District Judge